IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE WHITE, JR.<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 23-CV-1735 |
| MIKE SALTER,<br>    Defendant. | : <br> : <br> : | |

## ORDER

AND NOW, this 27th day of June, 2023, for the reasons stated in the Court's Memorandum, it is **ORDERED** that:

1. The Motion of Willie White, Jr. to proceed *in forma pauperis* (ECF No. 4) is **DENIED** pursuant to 28 U.S.C. § 1915(g).

2. If White seeks to proceed with this case he must pay the $402 (the $350 filing fee and $52 administrative fee) within thirty (30) days of the date of this Order.

3. If White fails to comply with this Order his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**